DOROTHY LITTLE, PLAINTIFF-RESPONDENT, v. HARRY LITTLE, DEFENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 352.

*Mr. Heyman Zimel* for the petitioner.

*Mr. J. Chester Massinger* and *Mr. Louis Santorf* for the respondent.

September 26, 1949.   Denied.

ANNA VALENTI, PLAINTIFF-RESPONDENT, v. BOARD OF REVIEW, DIVISION OF UNEMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY, DEFENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 162.

*Mr. Clarence F. McGovern* for the petitioner.

September 26, 1949.   Granted.